914

Appeal No. 1666. Spire Productions, Inc. *v.* Karl S. Kritz *et al., Members of State Auditorium Commission.* Motion of appellee, Spire Productions, Inc., to dismiss appeal is denied. *Martin L. Greenwald,* for appellee. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for appellant.

June 7, 1972.

M. P. No. 1778. James Lipet *et al. v.* Pawtucket Institution for Savings *et al.* Motion for leave to file petition for writ of certiorari is denied. *Harold H. Winsten,* for petitioners. *Blais, Cunningham, Thayer, Gagnon & Ross, Henry J. Blais III, Ronald R. Gagnon,* for Pawtucket Institution for Savings, respondent.

June 15, 1972.

M. P. No. 1523. Housing Authority of Providence *v.* Lillian J. Phillips. Motion of petitioner for stay of execution of District Court decision pending appeal to U.S. Supreme Court is granted subject to payment of rents during said pendency in accordance with pertinent statute. *Brown, Rosen, Gentile & Rodgers, Francis B. Brown,* for plaintiff-respondent. *John M. Roney,* Rhode Island Legal Services, Inc., for defendant-petitioner.

M. P. No. 1736. Louis Kirshenbaum *et al v.* Dorothy H. Hamel. Motion of Attorney General for permission to intervene and file brief as amicus curiae is granted. *Alfred Factor, Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, amicus curiae, for plaintiffs. *Joseph F. Dugan, John M. Roney,* Rhode Island Legal Services, Inc., for defendant.

M. P. No. 1776. Louis E. Lallo *v.* Henry L. Federico *et al., Members of Town Council of Westerly.* Motion of respondents for enlargement of time in which to file memorandum in opposition to petition for writ of certiorari is granted. *John F. Lallo,*